# Exhibit K

# M E M O



DATE:  May 11, 2017

TO:  Hon. Mayor Berryman and City Commission

FROM:  Shane A. Horn, City Administrator

SUBJECT:  Purchase Agreement – Industrial Park Parcel

---

We have received a signed Purchase Agreement from the developer, Lenawee Hospitality, LLC to purchase Lot 12 within the Adrian Industrial Park containing 3.82 acres (Parcel #XA0-352-0035-00) for the sale price of One Dollar ($1.00).  We have made changes to the original document so the City is not responsible for any closing costs as a result of this transaction.  As you know Adrian College signed the original Option to Purchase Agreement with a purchase price of $15,000 per acre.  They have assigned their interest under the original agreement to Lenawee Hospitality, LLC.

I have expressed my concerns to the Commission on how City staff was not included in discussions for this transaction, this is a recurring pattern that needs correcting.  With that said, a development of this type and magnitude would certainly be a welcome addition in the City of Adrian and also provide a significant boost to this critical corridor.