UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**WENDELL SHANE MACKEY**,

    Plaintiff,

v.

**JAMES MICHAEL BERRYMAN**,
Mayor of the City of Adrian, Michigan;
**MARGARET M.S. NOE**, Judge of the
Lenawee County Circuit Court,

    Defendants.

Case No. 2:17-cv-12359-BAF-DRG

JUDGE BERNARD A. FRIEDMAN

MAGISTRATE DAVID R. GRAND

_____/

HADDAD LAW FIRM, PLC
By: Issa G. Haddad (P71699)
Attorney for Plaintiff
30600 Telegraph Road, Suite 4280
Bingham Farms, Michigan 48025-4550
(248) 633-8500
issa@haddlaw.com

GARAN LUCOW MILLER, PC
By: John J. Gillooly (P41948)
By: Thomas D. Beindit (P81133)
Attorney for Defendant James M. Berryman
1155 Brewery Park Boulevard, Suite 200
Detroit, Michigan 48207
(313) 446-5501
jgillooly@garanlucow.com
tbeindit@garanlucow.com

JOHNSON, ROSATI, SCHULTZ & JOPPICH, PC
By:  Christopher J. Johnson (P32937)
Attorney Defendant Margaret M.S. Noe
27555 Executive Drive, Suite 250
Farmington Hills, Michigan 48331
(248) 489-4100
cjohnson@jrsjlaw.com

_____/

## STIPULATED ORDER TO EXTEND
## DISCOVERY AND ALL OTHER DATES

    Pursuant to the parties' stipulation, as shown by the signatures of counsel, the Court enters the following Order.

1. Discovery: All Fact Discovery shall be extended and shall be completed by 10/1/2018;

2. Motions: No motions, other than motions in limine may be filed after 11/1/2018

3. Mediation/Settlement: ADR Referral to Wayne County Case Evaluation on 12/1/2018;

4. Final Pretrial to be set by the court: **Tuesday, March 12, 2019 at 2:00 PM**

**5.** Trial date to be set by the court: **Tuesday, April 2, 2019 at 9:00 AM.**

    **SO ORDERED:**


DATED: May 14, 2018         s/Bernard A, Friedman
                                              HON. BERNARD A. FRIEDMAN
                                              UNITED STATES DISTRICT COURT JUDGE


AGREED AS TO FORM AND SUBSTANCE:

For Plaintiff:

_/s/ Issa G. Haddad_____
Issa G. Haddad
HADDAD LAW FIRM, PLC
30600 Telegraph Rd, Suite 4280
Bingham Farms, MI 48025
(248) 633-8500
issa@haddlaw.com
P71699

Dated: April 16, 2018

For Defendants:

| ___/s/ John J. Gillooly _____ | __/s/ Christopher J. Johnson _____ |
|---|---|
| John J. Gillooly | Christopher J. Johnson |
| GARAND LUCOW MILLER, P.C. | JOHNSON, ROSATI, SCHULTZ & |
| 1155 Brewery Park Blvd., Suite 200 | JOPPICH, P.C. |
| Detroit, MI 48207 | 27555 Executive Drive Suite 250 |
| 313.446.5501 | Farmington Hills, MI 48331 |
| jgillooly@garanlucow.com | 248-489-4100 |
| P41948 | cjohnson@jrsjlaw.com |
|  | P32937 |
| Dated: April 17, 2018 | Dated: April 17, 2018 |