UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDELL SHANE MACKEY,

    Plaintiff,

v.

JAMES MICHAEL BERRYMAN,
Mayor of the City of Adrian, Michigan;
MARGARET M.S. NOE,
Judge of the Lenawee County Circuit Court,

    Defendants.

Case No: 17-12359
Judge Bernard A. Friedman
Magistrate David R. Grand

---

Issa G. Haddad (P71699)
HADDAD LAW FIRM, PLC
Counsel for Plaintiff
30600 Telegraph Road, Suite 4280
Bingham Farms, MI  48025
248.633.8500
issa@haddlaw.com

John J. Gillooly (P41948)
John E. Fitzgerald (P80961)
GARAN LUCOW MILLER, P.C.
Attorney for James M. Berryman
1155 Brewery Park Blvd., Ste 200
Detroit, MI  48207
313.446.5501
jgillooly@garanlucow.com

Christopher J. Johnson (P32937)
JOHNSON, ROSATI, SCHULTZ &
JOPPICH, P.C.
Attorney for Margaret M.S. Noe
27555 Executive Drive, Suite 250
Farmington Hills, MI  48331
248.489.4100
cjohnson@jrsjlaw.com

---

## ORDER TO WITHDRAWAL AS COUNSEL
## FOR DEFENDANT BERRYMAN

Attorney of record for Defendant Berryman, John E. Fitzgerald (P80961), is leaving the employ of Garan Lucow Miller, P.C. on June 26, 2018, and hereby requests that this Honorable Court grant him a withdrawal as attorney of record for Defendant Berryman in the instant matter. Attorney of record, John J. Gillooly and Garan Lucow Miller, P.C. will remain as counsel for Defendant Berryman in this matter.

**IT IS HEREBY ORDERED** that John E. Fitzgerald (P80961) is granted a withdrawal as attorney of record for Defendant Berryman.

**IT IS SO ORDERED.**

Dated: June 27, 2018  s/Bernard A. Friedman
Detroit, Michigan  BERNARD A. FRIEDMAN
  SENIOR UNITED STATES DISTRICT JUDGE

**CERTIFICATE OF SERVICE**

The undersigned certifies that the foregoing document was served upon counsel of record and any unrepresented parties via the Court's ECF System to their respective email or First Class U.S. mail addresses disclosed on the Notice of Electronic Filing on June 27, 2018.

s/Johnetta M. Curry-Williams
Case Manager