UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDELL SHANE MACKEY,

    Plaintiff,

v.

Case No. 2:17-cv-12359-BAF-DRG
HON: BERNARD A. FRIEDMAN

JAMES MICHAEL BERRYMAN,
Mayor of the City of Adrian, Michigan;
MARGARET M.S. NOE, Judge of the
Lenawee County Circuit Court,

    Defendants.
_____/

| | |
|---|---|
| HADDAD LAW FIRM, PLC<br>Issa Haddad (P71699)<br>Attorney for Plaintiff<br>30600 Telegraph Rd., Ste. 4280<br>Bingham Farms, MI  48025-4550<br>(248) 633-8500<br>issa@haddlaw.com | JOHNSON, ROSATI, SCHULTZ &<br>JOPPICH, P.C.<br>By:  Holly S. Battersby  (P72023)<br>Attorney for Defendant Noe<br>27555 Executive Drive, Ste. 250<br>Farmington Hills, MI  48331<br>(248) 489-4100<br>hbattersby@jrsjlaw.com |
| GARAN LUCOW MILLER, P.C.<br>John J. Gillooly  (P41948)<br>Thomas D. Beindit (P81133)<br>Attorneys for Defendant Berryman<br>1155 Brewery Park Blvd., Ste. 200<br>Detroit, MI  48207-2641<br>(313) 446-5501<br>jgillooly@garanlucow.com | |

_____/

## **STIPULATED ORDER EXTENDING SCHEDULING ORDER DATES 90 DAYS**

The parties having stipulated and agreed and the Court being fully advised in the premises;

IT IS HEREBY ORDERED that the following dates currently governing this case be extended 90 days, as follows:

|  | From | To |
|---|---|---|
| Discovery Cut-off: | 10/01/18 | 12/31/18 |
| Dispositive Motion Cut-off | 11/01/18 | 01/30/19 |
| Referral to Wayne County Mediation | 12/01/18 | 03/01/2019 |
| Final Pretrial Conference | 03/12/19 | **06/11/2019 @ 1:00 PM** |
| Jury Trial | 04/02/19 | **06/25/2019 @ 9:00 AM** |

IT IS SO ORDERED.

Dated: September 19, 2018            s/Bernard A. Friedman
Detroit, Michigan                               BERNARD A. FRIEDMAN
                                                         SENIOR UNITED STATES DISTRICT JUDGE


Stipulated and Agreed to by:

s/ HOLLY S. BATTERSBY (P72023)
Attorney for Defendant Noe

s/ JOHN J. GILLOOLY  (P41948) (w/ consent)
Attorney for Defendant Berryman

s/ ISSA HADDAD (P71699) (w/consent)
Attorney for Plaintiff