UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

HALEE CAMPBELL,

        Plaintiff(s),          Case No. 17-12639

v.          Judge  Bernard A. Friedman

WASHTENAW COUNTY, et al.,          Magistrate Judge  Elizabeth A. Stafford

        Defendant(s).
_____/

**NOTICE OF CORRECTION**

Docket entry number __20__, filed ____11/1/2018____, has been modified. The explanation for the correction is stated below.

- [✓] The docket entry was made on the wrong case.
- [ ] The corresponding document image was missing or incomplete.
- [ ] The wrong document image was associated.
- [ ] The wrong judicial officer was listed on the case docket.
- [ ] The filer information was inaccurate or omitted from the docket text.
- [ ] The judicial officer information was inaccurate or omitted from the docket text.
- [ ] The docket text was changed *to include the Partial Payment Order.*
- [ ] Other:

If you need further clarification or assistance, please contact __Johnetta Curry-Wms__ at __(313) 234-5172__.

DAVID J. WEAVER, CLERK OF COURT

Dated: November 1, 2018          Johnetta M. Curry-Williams
                                                    Deputy Clerk