UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**WENDELL SHANE MACKEY**,

    Plaintiff,

v.

**JAMES MICHAEL BERRYMAN**,
Mayor of the City of Adrian, Michigan;
**MARGARET M.S. NOE**, Judge of the
Lenawee County Circuit Court,

    Defendants.

Case No. 2:17-cv-12359

JUDGE BERNARD A. FRIEDMAN

MAGISTRATE DAVID R. GRAND

---

HADDAD LAW FIRM, PLC
By: Issa G. Haddad (P71699)
Attorney for Plaintiff
30600 Telegraph Road, Suite 3150
Bingham Farms, Michigan 48025-4550
(248) 633-8500
issa@haddlaw.com

JOHNSON, ROSATI, SCHULTZ & JOPPICH
By:  Holly S. Battersby (P72023)
      Laura S. Amtsbuechler (P36972)
Attorney Defendant Margaret Noe
27555 Executive Drive, Suite 250
Farmington Hills, Michigan 48331
(248) 489-4100
hbattersby@rsjalaw.com

GARAN LUCOW MILLER, PC
By: John J. Gillooly (P41948)
    Anthony P. Monticciolo (P76013)
    Thomas D. Beindit (P81133)
Attorney for Defendant James Berryman
1155 Brewery Park Boulevard, Suite 200
Detroit, Michigan 48207
(313) 446-5501
jgillooly@garanlucow.com

---

## **PLAINTIFF'S INDEX OF EXHIBITS**

- 2 -

| **Exhibit** | **Description** |
|---|---|
| A | Defendant Margaret M.S. Noe's Interrogatories and Request to Produce to Plaintiff |
| B | Defendant James Michael Berryman's First Set of Interrogatories and Request for Production of Documents to Plaintiff |
| C | Defendant Margaret M.S. Noe's Second Request to Produce to Plaintiff |
| D | David Panian, *Noe to step down as judge in January*, The Daily Telegram, October 5, 2018 |
| E | *Dennis v. Sparks*, 449 U.S. 24 (1980) |

Haddad Law Firm. PLC.