# INDEX OF EXHIBITS

Ex. A – Judgment
Ex. B – Judgement of Sentence / Commitment to Jail
Ex. C – Arraignment Transcript
Ex. D – Meeting Audio
Ex. E – Police Report
Ex. F – PPO Petition & Supporting Docs
Ex. G – Order Granting Ex Parte PPO
Ex. H – Noe PPO Hrg Transcript
Ex. I – Notice of Hearing
Ex. J – PPO Hrg Transcript Covers
Ex. K – Conlin Ruling
Ex. L – Register of Actions, Michigan Court of Appeals
Ex. M – Black's Law Dictionary, 10th ed. 2015
Ex. N – *Whittaker v. Geyer*
Ex. O – *Underhill v. Royer*
Ex. P – Noe Retirement Article
Ex. Q – *Goode v Muhammad*
Ex. R – *McCarthy v Sosnick*