# EXHIBIT D

## (Audio CD)

Being filed in the traditional manner