# EXHIBIT E

CR No: 170008268



# ADRIAN POLICE DEPARTMENT
155 E MAUMEE ST
ADRIAN MI 49221
517 264-4898

## Case Report

### Administrative Details:

| CR No | Subject |
|---|---|
| 170008268 | 1384 Computer/Internet Used for Harassment, Threats |

| Report Date/Time | Occurrence Date/Time |
|---|---|
| 06/19/2017 21:15 | 06/19/2017 21:15 |

| Location | Call Source |
|---|---|
|  |  |

| Dispatched Offense | Verified Offense |
|---|---|
| 1384 - Computer/Internet Used for Harassment, Threats [13003] | 1384 Computer/Internet Used for Harassment, Threats |

| County | City/Twp/Village |
|---|---|
| 46 - Lenawee | 66 - Adrian |

| Division |  |
|---|---|
| Admin |  |

### Action Requested:

[ ] Arrest warrant        [ ] Review only

[ ] Search warrant        [ ] Forfeiture

[ ] Juvenile petition     [ ] Other

Page 1 of 3                                                          Created On 07/11/2017 08:19 AM

CR No: 170008268

| Offenses: | | |
|---|---|---|
| **1382 - Stalking (Misdemeanor)** | | |
| IBR Code / IBR Group | Offense File Class | |
| 13C - Intimidation / A | 13003 - INTIMIDATION/STALKING | |
| Crime Against | Location Type | Offense Completed |
| PE | 11 - Government/Public Building | Completed |
| Domestic Violence | Hate/Bias | |
| No | 00 - None (No Bias) | |
| Using | | Cargo Theft |
| A-Alcohol: No   C-Computer Equipment: Yes   D-Drugs/Narcotics: No | | |
| Criminal Activity | | |
| N - None/Unknown | | |

### People:

**MACKEY, WENDELL SHANE (S-SUSPECT)   [ACEMRICKV (37848)]**

| Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|
| Mackey | Wendell | Shane | | |

**BERRYMAN, JAMES MICHAEL (V-VICTIM)   [ACEMRICKV (37848)]**

| Victim Type | Victim of | | | |
|---|---|---|---|---|
| I - Individual | 1382 - Stalking (Misdemeanor) | | | |

| PE: | W.Type: | Last Name | First Name | Middle Name | Suffix | Mr/Mrs/Ms |
|---|---|---|---|---|---|---|
| | | Berryman | James | Michael | | |

Victim Injury

### Victim Offender Relationships

| Offender | Type | Relationship |
|---|---|---|
| Mackey, Wendell Shane | S-SUSPECT | 30-Victim Was Otherwise Known |

### Narrative:

CR No: 170008268-001    Written By: ACEMRICKV (37848)    Date: 06/22/2017 09:48 AM

INFORMATION:

During the regular commission meeting on 6/19/17, there was a heated exchange between Mayor James Berryman, and Commissioner candidate Wendell Mackey.

DIALOGUE:

CR No: 170008268

During the public comment section of the meeting, Mackey stood at the podium and made comments. He completed his statement and was about to leave when Mayor Berryman advised him he had a question. Mackey turned around to answer the question, at this point the mayor asked him if he was the same person who had "robbed my flower shop back in 1986?"

MACKEY RESPONSE:

The following statements were made by Mackey in response, transcribed from the audio recordings from that meeting:

"I certainly am. Yes I am."

"I am also the same Shane Mackey who you put in prison because you conspired with Judge Glaser as a young teenager for stealing teddy bears out of your store. Then I went to law school and here I am."

"I was 19 years old. I am 51 now, what else you got?"

"You wanna get dirty so go ahead and get it out there."

"That's why I went to law school because you sir. Because you are a corrupt, crooked, dirty politician. You're a career politician. So I am here. I'm going to be a thorn in your side. I'm not going anywhere."

CONTACT WITH COMPLAINANT:

After the meeting Mayor Berryman asked me to record the exchange in a report as he intended to apply for a personal protection order. While no direct threats were made, Mayor Berryman indicated he felt threatened by the looks and gesturing of Mackey as well as his behavior prior to the commission meeting. Previous behavior included letters written to the newspaper and postings made online.

DISP: Closed.