# EXHIBIT  G

Original - Court
Approved, SCAO
1st copy - Law enforcement agency (file) (green)
2nd copy - Respondent (blue)
3rd copy - Petitioner (pink)
4th copy - Return (yellow)
5th copy - Return (goldenrod)

| STATE OF MICHIGAN | PERSONAL PROTECTION ORDER (NONDOMESTIC) | CASE NO. |
|---|---|---|
| 39th **JUDICIAL CIRCUIT** LENAWEE **COUNTY** | ☐ **EX PARTE** | 17-44270 PH |

Court address
ORI 460015-J    Judicial Building, 425 N. Main St., Adrian, MI 49221
MI-

Court telephone no.
517-264-4597

(A) Petitioner's name
JAMES M BERRYMAN
Address and telephone no. where court can reach petitioner

v

Respondent's name, address, and telephone no.
WENDELL SHANE MACKEY
Address and telephone no. where court can reach respondent

(B) Full name of respondent (type or print) *

Driver's license number (if known)

| Height | Weight | Race * CAUCASIAN | Sex * M | Date of birth * | Hair color | Eye color | Other identifying information |
|---|---|---|---|---|---|---|---|

*These items **must** be filled in for the police/sheriff to enter on LEIN; the other items are not required but are helpful.

Date: 7·7·2017    Judge: MARGARET M. S. NOE    Bar no.

1. This order is entered ☒ without a hearing. ☐ after hearing.

**THE COURT FINDS:**

☒ 2. A petition requesting an order to restrain conduct prohibited under MCL 750.411h and MCL 750.411i and/or MCL 750.411s has been filed under the authority of MCL 600.2950a.

☒ 3. Petitioner requested an ex parte order, which should be entered without notice because irreparable injury, loss, or damage will result from delay required to give notice or notice itself will precipitate adverse action before an order can be issued.

4. Respondent committed the following acts of willful, unconsented contact: (State the reasons for issuance.)
Escalating antagonistic aggression against Petitioner; Criminal history (Petitioner - victim) use of media to harrass Petitioner

**IT IS ORDERED:**

5. Wendell Shane MACKEY _____ is prohibited from
Full name of respondent

☒ a. stalking as defined under MCL 750.411h and MCL 750.411i, which includes but is not limited to
  ☒ following _____ the petitioner.
  ☒ appearing at the workplace or the residence of the petitioner.
  ☒ approaching or confronting the petitioner in a public place or on private property.
  ☒ entering onto or remaining on property owned, leased, or occupied by the petitioner.
  ☒ sending mail or other communications to the petitioner.
  ☒ contacting the petitioner by telephone.
  ☒ placing an object on or delivering an object to property owned, leased, or occupied by the petitioner.
  ☒ threatening to kill or physically injure the petitioner.
  ☒ purchasing or possessing a firearm.
  ☐ other: _____

FILED
39TH CIRCUIT COURT
JUL - 7 2017
LENAWEE COUNTY CLERK
ADRIAN, MICHIGAN

☒ b. posting a message through the use of any medium of communication, including the Internet or a computer or any electronic medium, pursuant to MCL 750.411s.

6. Violation of this order subjects the respondent to immediate arrest and to the civil and criminal contempt powers of the court. If found guilty, respondent shall be imprisoned for not more than 93 days and may be fined not more than $500.00.

7. **This order is effective when signed, enforceable immediately, and remains in effect until** 7·7·2018 .
This order is enforceable anywhere in this state by any law enforcement agency when signed by a judge, and upon service, may also be enforced by another state, an Indian tribe, or a territory of the United States. If respondent violates this order in a jurisdiction other than this state, respondent is subject to enforcement and penalties of the state, Indian tribe, or United States territory under whose jurisdiction the violation occurred.

8. The court clerk shall file this order with Lenawee County Sheriff's Department who will enter it into the LEIN.

9. Respondent may file a motion to modify or terminate this order. For ex parte orders, the motion must be filed within 14 days after being served with or receiving actual notice of the order. Forms and instructions are available from the clerk of court.

10. A motion to extend the order must be filed 3 days before the expiration date in item 7, or a new petition must be filed.

7·7·2017 @ 9:49 AM
Date and time issued

Margaret M. S. Noe
Judge

CC 380 (3/12) **PERSONAL PROTECTION ORDER (NONDOMESTIC)**    MCL 600.2950a, MCR 3.705, MCR 3.706

HONORABLE
MARGARET M.S. NOE

| PROOF OF SERVICE | Personal Protection Order (Nondomestic) Case No. 17- 44270 PH |
|---|---|

**TO PROCESS SERVER:** You must serve the personal protection order and file proof of service with the court clerk. If you are unable to complete service, you must return this original and all copies to the court clerk.

## CERTIFICATE / AFFIDAVIT OF SERVICE / NONSERVICE

| ☐ **OFFICER CERTIFICATE**     **OR** I certify that I am a sheriff, deputy sheriff, bailiff, appointed court officer, or attorney for a party (MCR 2.104[A][2]), and that: (notarization not required) | ☐ **AFFIDAVIT OF PROCESS SERVER** Being first duly sworn, I state that I am a legally competent adult who is **not** a party or an officer of a corporate party, and that: (notarization required) |
|---|---|

☐ I served a copy of the personal protection order by
  ☐ personal service on:   ☐ registered mail, delivery restricted to the respondent (return receipt attached) on:

| Name of respondent | Complete address of service | Day, date, time |
|---|---|---|
| Law enforcement agency | Complete address of service | Day, date, time |

☐ I have personally attempted to serve a copy of the personal protection order on the following respondent and have been unable to complete service.

| Respondent's name | Complete address of service |
|---|---|
| | |

I declare that the statements above are true to the best of my information, knowledge, and belief.

| Service fee $ | Miles traveled Fee $ | | Signature |
|---|---|---|---|
| Incorrect address fee $ | Miles traveled Fee $ | TOTAL FEE $ | Name (type or print) Title |

Subscribed and sworn to before me on _____ , _____ County, Michigan.
                                  Date

My commission expires: _____ Signature: _____
                        Date                       Deputy court clerk/Notary public

Notary public, State of Michigan, County of _____

## ACKNOWLEDGMENT OF SERVICE

I acknowledge that I have received a copy of the personal protection order on _____
                                                  Day, date, time

_____
Signature of respondent

MCR 2.105(A)