# EXHIBIT L

 

Docket No. 340879

## MICHIGAN COURT OF APPEALS

**COA No: 340879 - D**
**JAMES M BERRYMAN V WENDELL SHANE MACKEY**

| | | | | |
|---|---|---|---|---|
| 1 | BERRYMAN JAMES M<br>Oral Argument: Timely: N | PT-AE | PRO | |
| 2 | MACKEY WENDELL SHANE<br>Oral Argument: Y Timely: N | RS-AT | PRO |  |

Case Age  15  18  24  30  36
**COA Status:** Research
**Flags:** 101
**Track:** Regular
**List:** EF 58
**Parties:** 2
**Events:** 68

| 10/31/2017 | 1 | **Claim of Appeal - Civil**<br>Electronic copy available: Claim of Appeal<br>Electronic copy available: Cover Sheet, POS<br>Proof Of Service Date: 10/31/2017<br>Receipt Mailed: 11/6/2017<br>Jurisdictional Checklist: N   Register of Actions: N<br>Clerk: JPL<br>Fee Code: EPAY | JLOWE | 11/03/2017 |
|---|---|---|---|---|
| 10/13/2017 | 2 | **Order Appealed From**<br>Electronic copy available: Final Order of Trial Court<br>From: **LENAWEE CIRCUIT COURT**<br>Case Number: **17-044270-PH**<br>Trial Court Judge: (56333) CONLIN PATRICK J JR<br>Nature of Case:<br>- PPO<br>Comments: order is dated 10/10, but it was entered on the register of actions on 10/13 | JLOWE | 11/03/2017 |
| 11/01/2017 | 3 | **Telephone Contact**<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Pro Per<br>Comments: called AT;all Lenawee jdgs recused;Washtenaw jdg handling case;no written order | AMERCURE | 11/01/2017 |
| 11/01/2017 | 5 | **Other**<br>Electronic copy available: Amended Claim of Appeal<br>Electronic copy available: Cover Sheet, POS<br>P/S Date: 11/1/2017<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Filed By Pro Per<br>Comments: Amended Clm of Appeal | THOLLOWAY | 11/02/2017 |
| 11/02/2017 | 4 | **Other**<br>Electronic copy available: Jurisdictional Checklist | THOLLOWAY | 11/02/2017 |

1/9

Docket No. 340879

|  |  |  |  |  |
|---|---|---|---|---|
|  |  | Electronic copy available: Register of Actions - Trial Court<br>Electronic copy available: Proof of Service<br>Electronic copy available: Cover Sheet, POS<br>P/S Date: 11/1/2017<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Filed By Pro Per<br>Comments: Lwr Crt Ord, P/S, Juris Chklst & ROA |  |  |
| 11/03/2017 | 6 | **Proof of Service - Generic**<br>Electronic copy available: Proof of Service<br>Electronic copy available: Cover Sheet, POS<br>P/S Date: 11/2/2017<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Filed By Pro Per<br>Comments: Trl Crt Final Ord, POS Re Claim, ROA, Juris Checklist & This POS | CNAGEY | 11/03/2017 |
| 11/09/2017 | 7 | **Steno Certificate - Tr Request Received**<br>Electronic copy available<br>Date: 11/2/2017  Timely: Y<br>Reporter: 9088 - RUTKOWSKI NATALIA<br>Hearings: 08/28/2017<br>09/19/2017<br>10/10/2017 | CNAGEY | 11/16/2017 |
| 12/08/2017 | 8 | **Invol Dismissal Warning - No Dkt Stmt**<br>Electronic copy available<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Due Date: 12/29/2017 | THOLLOWAY | 12/08/2017 |
| 12/20/2017 | 9 | **Notice Of Filing Transcript**<br>Electronic copy available<br>Date: 12/6/2017<br>Reporter: 9088 - RUTKOWSKI NATALIA<br>Comments: No Hearing Dates on Notice | THOLLOWAY | 12/26/2017 |
| 12/26/2017 | 10 | **Telephone Contact**<br>Comments: LM for Tammi Palmer re Incomplete NFT in Evt#9 & Addnt'l Info for Crt Rptr Rutkowski | THOLLOWAY | 12/26/2017 |
| 12/26/2017 | 11 | **Docketing Statement MCR 7.204H**<br>Electronic copy available: Docketing Statement<br>Electronic copy available: Cover Sheet, POS<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT | THOLLOWAY | 01/02/2018 |
| 01/02/2018 | 12 | **Defective Filing Letter**<br>Event: 11<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Defect: Proof Of Service-Cured | THOLLOWAY | 01/02/2018 |
| 01/02/2018 | 13 | **Telephone Contact**<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Pro Per<br>Comments: Pty will file P/S for dktng stmnt | THOLLOWAY | 01/03/2018 |
| 01/03/2018 | 14 | **Proof of Service - Generic**<br>Electronic copy available: Proof of Service (for Docketing State...<br>Electronic copy available: Cover Sheet, POS<br>P/S Date: 1/3/2018 | THOLLOWAY | 01/03/2018 |

Docket No. 340879

For Party: 2 - MACKEY WENDELL SHANE - RS-AT
Filed By Pro Per
Comments: P/S of dktng stmnt to cure defect in evt#11

| 01/03/2018 | 15 | **Defect Cured**<br>Event: 11<br>P/S Date: 1/3/2018<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Defect: Proof Of Service-Cured | THOLLOWAY | 01/03/2018 |
|---|---|---|---|---|
| 01/09/2018 | 16 | **Notice Of Filing Transcript**<br>Electronic copy available<br>Date: 1/3/2018  Timely: Y<br>Reporter: 9088 - RUTKOWSKI NATALIA<br>Hearings: 08/28/2017<br>  09/19/2017<br>  10/10/2017<br>Comments: Amended | CNAGEY | 01/10/2018 |
| 01/31/2018 | 17 | **Motion: Extend Time - Appellant**<br>Electronic copy available: AT Mt Ext Tm<br>Electronic copy available: Cover Sheet, POS<br>Electronic copy available: Proof of Service<br>Electronic copy available: Cover Sheet, POS<br>Proof Of Service Date: 2/6/2018<br>Notice Date: 2/20/2018<br>Filed By Pro Per<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Fee Code: EPAY<br>Requested Extension: 2/21/2018<br>Answer Due: 2/13/2018 | DGLETON | 02/09/2018 |
| 02/01/2018 | 18 | **Defective Filing Letter**<br>Event: 17<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Defect: Proof of Service-Cured | DGLETON | 02/01/2018 |
| 02/02/2018 | 19 | **Telephone Contact**<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Pro Per<br>Comments: Rqst'd P/S of Mt Ext Tm; Will fl by 2/5 with letter re Crt Rule on serving when no appearance fl'd | DGLETON | 02/05/2018 |
| 02/06/2018 | 20 | **Defect Cured**<br>Event: 17<br>P/S Date: 2/6/2018<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Defect: Proof of Service-Cured | DGLETON | 02/09/2018 |
| 02/06/2018 | 21 | **Proof of Service - Generic**<br>Electronic copy available: Proof of Service<br>Electronic copy available: Cover Sheet, POS<br>P/S Date: 2/6/2018<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Filed By Pro Per<br>Comments: Of Mt Ext Tm on aty Dale Smith via personal service | DGLETON | 02/09/2018 |
| 02/20/2018 | 22 | **Submitted On Administrative Motion Docket**<br>Event: 17 Motion:Extend Time - Appellant<br>District: D | DGLETON | 02/20/2018 |

Docket No. 340879

Panel: CMM

| Date | # | Event | User | Date |
|---|---|---|---|---|
| 02/20/2018 | 23 | **Order: Extend Time - Appellant Brief - Grant**<br>Electronic copy available<br>Event: 17 Motion:Extend Time - Appellant<br>Panel: CMM<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Extension Date: 2/21/2018 | DGLETON | 02/20/2018 |
| 02/21/2018 | 24 | **Motion: Extend Time - Appellant**<br>Electronic copy available: Motion to Extend Time to File Brief<br>Electronic copy available: Cover Sheet, POS<br>Proof Of Service Date: 2/21/2018<br>Notice Date: 3/6/2018<br>Filed By Pro Per<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Fee Code: EPAY<br>Requested Extension: 2/28/2018<br>Answer Due: 2/28/2018 | DGLETON | 02/26/2018 |
| 02/28/2018 | 25 | **Motion: Extend Time - Appellant**<br>Electronic copy available: AT Mt Ext Tm<br>Electronic copy available: Cover Sheet, POS<br>Proof Of Service Date: 2/28/2018<br>Notice Date: 3/13/2018<br>Filed By Pro Per<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Fee Code: EPAY<br>Requested Extension: 3/7/2018<br>Answer Due: 3/7/2018 | DGLETON | 03/05/2018 |
| 03/13/2018 | 26 | **Submitted On Administrative Motion Docket**<br>Event: 24 Motion:Extend Time - Appellant<br>Event: 25 Motion:Extend Time - Appellant<br>District: D<br>Item #: 15<br>Panel: MJT | THOLLOWAY | 03/13/2018 |
| 03/15/2018 | 27 | **Order: Extend Time - Appellant Brief - Grant**<br>Electronic copy available<br>Event: 24 Motion:Extend Time - Appellant<br>Event: 25 Motion:Extend Time - Appellant<br>Panel: MJT<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Extension Date: 3/7/2018 | DGLETON | 03/15/2018 |
| 04/02/2018 | 28 | **Invol Dismissal Warning - No Appellant Brief**<br>Electronic copy available<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Due Date: 04/23/2018 | THOLLOWAY | 04/02/2018 |
| 04/24/2018 | 29 | **Submitted On Involuntary Dismissal Docket**<br>Event: 28 Invol Dismissal Warning - No Appellant Brief<br>District: D<br>Panel: MJT | DGLETON | 04/24/2018 |
| 04/24/2018 | 30 | **Telephone Contact**<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Pro Per<br>Comments: AT plans on filing brf before midnight; aware it has been | THOLLOWAY | 04/24/2018 |

Docket No. 340879

submitted on INVOL docket

| Date | # | Description | User | Date |
|---|---|---|---|---|
| 04/25/2018 | 31 | **Order: Dismissal - Invol - Reinstatement 21 Days**<br>Electronic copy available<br>Event: 28 Invol Dismissal Warning - No Appellant Brief<br>Panel: MJT<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Comments: AT having failed to timely file the brief on appeal | DGLETON | 04/25/2018 |
| 04/25/2018 | 32 | **Motion: Reinstate Case - 7.217**<br>Electronic copy available: Appellants Motion to Reinstate Appeal<br>Electronic copy available: Cover Sheet, POS<br>Electronic copy available: AT Brf<br>Electronic copy available: Appendices<br>Electronic copy available: Cover Sheet, POS<br>Proof Of Service Date: 4/25/2018<br>Notice Date: 5/15/2018<br>Filed By Pro Per<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Rehearing Order Evt#: 31<br>Fee Code: EPAY<br>Answer Due: 5/9/2018<br>Comments: AT Brf also filed | DGLETON | 04/27/2018 |
| 04/25/2018 | 36 | **Brief: Appellant**<br>Electronic copy available: AT Brf<br>Electronic copy available: Appendices<br>Electronic copy available: Cover Sheet, POS<br>Proof Of Service Date: 4/25/2018<br>Pages: 46<br>Oral Argument Requested: Y   Timely Filed: N<br>Filed By Pro Per<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Comments: Accepted per 5/16/18 order; Shall be considered untimely | DGLETON | 05/16/2018 |
| 05/07/2018 | 33 | **Rejected E-Filing**<br>Electronic copy available: Appellants Amended Motion to Reinstat...<br>Electronic copy available: Cover Sheet, POS<br>P/S Date: 5/2/2018<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Filed By Pro Per<br>Comments: AT Amended Mt to Reinstate Appeal - No provisions for filing such | DGLETON | 05/07/2018 |
| 05/07/2018 | 34 | **Correspondence Sent**<br>Electronic copy available<br>P/S Date: 5/7/2018<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Filed By Pro Per<br>Comments: Rejecting AT Amended Mt Reinstate | DGLETON | 05/07/2018 |
| 05/15/2018 | 35 | **Submitted On Administrative Motion Docket**<br>Event: 32 Motion:Reinstate Case - 7.217<br>District: D<br>Panel: CMM | THOLLOWAY | 05/15/2018 |
| 05/16/2018 | 37 | **Oral Arg Advise Ltr Sent**<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT | DGLETON | 05/16/2018 |

Docket No. 340879

| Date | # | Entry | User | Date |
|---|---|---|---|---|
| 05/16/2018 | 38 | **Order: Reinstatement - Grant - Appeal Reopened**<br>Electronic copy available<br>Event: 32 Motion:Reinstate Case - 7.217<br>Panel: CMM<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Comments: AT Brf e-filed 4/25/18 is accepted- it shall be untimely; AE brf due 35 days from date of this order | DGLETON | 05/16/2018 |
| 05/31/2018 | 39 | **Noticed**<br>Record: REQST  Mail Date: 6/1/2018 | EMAIL | 05/31/2018 |
| 06/07/2018 | 40 | **Material Received by Record Room**<br>Comments: File; Trs(2); ROA | CSCHAUB | 06/07/2018 |
| 06/07/2018 | 41 | **Telephone Contact**<br>Reporter9088 - RUTKOWSKI NATALIA<br>Comments: Spoke to rptr - missing 10/10/17 dated incorrectly. Advised that she will be sending amended trs | CSCHAUB | 06/07/2018 |
| 06/08/2018 | 42 | **Transcript Filed By Party**<br>Electronic copy available<br>Date: 6/8/2018<br>Reporter: 9088 - RUTKOWSKI NATALIA<br>Hearings: 10/10/2017 | DGLETON | 06/13/2018 |
| 06/13/2018 | 43 | **Record Filed**<br>Record Location: D<br>Comments: Trs - 10/10/17 | CSCHAUB | 06/13/2018 |
| 07/24/2018 | 45 | **Brief: Supplemental Auth'y**<br>Electronic copy available: AT Suplemental Authority<br>Electronic copy available: Cover Sheet, POS<br>Proof Of Service Date: 7/24/2018<br>Pages: 1<br>Filed By Pro Per<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Comments: AT - addressing S Ct decision, TM v MZ. | JLANK | 08/06/2018 |
| 07/24/2018 | 46 | **Motion: Supplemental Brief**<br>Electronic copy available: Appellants Motion to File Supplementa...<br>Electronic copy available: Cover Sheet, POS<br>Proof Of Service Date: 7/24/2018<br>Notice Date: 8/7/2018<br>Filed By Pro Per<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Fee Code: EPAY<br>Answer Due: 7/31/2018<br>Comments: Or Alternatively to Remand for further proceedings consistent with Buchanan v Crisler | DGLETON | 07/27/2018 |
| 08/07/2018 | 47 | **Submitted On Administrative Motion Docket**<br>Event: 46 Motion:Supplemental Brief<br>District: D<br>Panel: CMM | DGLETON | 08/07/2018 |
| 08/08/2018 | 48 | **Order: Supplemental Brief - Grant**<br>Electronic copy available<br>Event: 46 Motion:Supplemental Brief<br>Panel: CMM | THOLLOWAY | 08/08/2018 |



6/9



Docket No. 340879

For Party: 2 - MACKEY WENDELL SHANE - RS-AT
Comments: Supp Brf Due 8/22/18 not to exceed 5 pages

| | | | | |
|---|---|---|---|---|
| 08/19/2018 | 49 | **Brief: Supplemental Brief - AT**<br>Electronic copy available: Appellants Supplemental Brief<br>Electronic copy available: Cover Sheet, POS<br>Proof Of Service Date: 8/19/2018<br>Pages: 5<br>Timely Filed: Y<br>Filed By Pro Per<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT | KCLARK | 08/21/2018 |
| 09/04/2018 | 50 | **Motion: Expedite Appeal**<br>Electronic copy available: Appellants Motion to Expedite Appeal<br>Electronic copy available: Cover Sheet, POS<br>Proof Of Service Date: 9/4/2018<br>Notice Date: 9/18/2018<br>Filed By Pro Per<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Fee Code: EPAY<br>Answer Due: 9/11/2018 | DGLETON | 09/06/2018 |
| 09/17/2018 | 52 | **Brief: Appellee**<br>Electronic copy available<br>Proof Of Service Date: 9/13/2018<br>Pages: 5<br>Timely Filed: N<br>Filed By Pro Per<br>For Party: 1 - BERRYMAN JAMES M - PT-AE | DGLETON | 09/19/2018 |
| 09/18/2018 | 51 | **Submitted On Administrative Motion Docket**<br>Event: 50 Motion:Expedite Appeal<br>District: D<br>Panel: CMM | DGLETON | 09/18/2018 |
| 09/19/2018 | 53 | **Telephone Contact**<br>For Party: 1 - BERRYMAN JAMES M - PT-AE<br>Pro Per<br>Comments: Lft v/messg: P/S of AE Brf lists 9/13/18 & 8/13/18 on it - Crt accepts 9/13/18 as service date | DGLETON | 09/19/2018 |
| 09/19/2018 | 54 | **Order: Expedite - Deny**<br>Electronic copy available<br>Event: 50 Motion:Expedite Appeal<br>Panel: CMM<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT | DGLETON | 09/19/2018 |
| 09/23/2018 | 55 | **Brief: Reply**<br>Electronic copy available: Reply Brf<br>Electronic copy available: Cover Sheet, POS<br>Proof Of Service Date: 10/4/2018<br>Pages: 8<br>Filed By Pro Per<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT | DGLETON | 10/04/2018 |
| 09/24/2018 | 57 | **Brief: Appendices in Support of Brief**<br>Electronic copy available: Appendix A to Appellants Reply Brief<br>Electronic copy available: Cover Sheet, POS<br>Electronic copy available: Proof of Service re Reply Brief Appendix | DGLETON | 10/10/2018 |

Docket No. 340879

| | | | | |
|---|---|---|---|---|
| | Electronic copy available: Cover Sheet, POS<br>Proof Of Service Date: 10/4/2018<br>Pages: 17<br>Filed By Pro Per<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Comments: Appendix A to Reply Brf | | | |
| 10/04/2018 56 | **Defective Filing Letter**<br>Event: 55<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Defect: Proof of Service-Cured | | DGLETON | 10/04/2018 |
| 10/04/2018 58 | **Defective Filing Letter**<br>Event: 57<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Defect: Proof of Service-Cured | | DGLETON | 10/04/2018 |
| 10/04/2018 59 | **Telephone Contact**<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Pro Per<br>Comments: Spk to AT before defect ltr for p/s of Reply Bf & Appendix mailed out;He'll serve & e-file ps today | | DGLETON | 10/04/2018 |
| 10/04/2018 60 | **Defect Cured**<br>Event: 55<br>P/S Date: 10/4/2018<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Defect: Proof of Service-Cured | | DGLETON | 10/04/2018 |
| 10/04/2018 61 | **Proof of Service - Generic**<br>Electronic copy available: Proof of Service re Reply Brief<br>Electronic copy available: Cover Sheet, POS<br>P/S Date: 10/4/2018<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Filed By Pro Per<br>Comments: Of Reply Brief on Berryman | | DGLETON | 10/04/2018 |
| 10/04/2018 63 | **Proof of Service - Generic**<br>Electronic copy available: Proof of Service re Reply Brief Appendix<br>Electronic copy available: Cover Sheet, POS<br>P/S Date: 10/4/2018<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Filed By Pro Per<br>Comments: Of Appendix to Reply Brf on James Berryman | | DGLETON | 10/10/2018 |
| 10/10/2018 62 | **Defect Cured**<br>Event: 57<br>P/S Date: 10/4/2018<br>For Party: 2 - MACKEY WENDELL SHANE - RS-AT<br>Defect: Proof of Service-Cured | | DGLETON | 10/10/2018 |
| 10/25/2018 66 | **Copy Request Fulfilled**<br>Receipt#: 5889 Trans#: 6222 Check#: 60107 Amt: $49.00 | | EJENSEN | 10/25/2018 |
| 10/29/2018 67 | **Brief: Supplemental Auth`y**<br>Electronic copy available: Appellants Supplemental Authority<br>Electronic copy available: Cover Sheet, POS<br>Proof Of Service Date: 10/28/2018<br>Pages: 1<br>Filed By Pro Per | | DGLETON | 10/31/2018 |

Docket No. 340879

For Party: 2 - MACKEY WENDELL SHANE - RS-AT
Comments: By AT

| | | | | | |
|---|---|---|---|---|---|
| 10/29/2018 | 68 | **Brief: Amended - Supplemental Auth'y** | | DGLETON | 10/31/2018 |

Electronic copy available: Appellants Amended Supplemental Autho...
Electronic copy available: Cover Sheet, POS
Proof Of Service Date: 10/28/2018
Pages: 1
Filed By Pro Per
For Party: 2 - MACKEY WENDELL SHANE - RS-AT
Comments: By AT

---

Printed On: 10/31/2018 3:53:14 PM
Public Inquiry Complete. DGLETON