Mackey v Berryman, et al

Case No.: 17-12359

# EXHIBIT D

**To Defendant Margaret Noe's Motion for Summary Judgment [Doc #41]**

(Audio CD)

Filed in traditional manner

Pursuant to Judge Friedman's Text-Only Order

Dated 12/13/18

FILED USDC - DT
2018 DEC 14 PM 4:10