# EXHIBIT A

# United States District Court
# Eastern District of Michigan



## Subpoena in a Civil Case and Return of Service Form

| Plaintiff(s):<br>Wendell Shane Mackey | v. | Defendant(s):<br>James Michael Berryman, et al |
|---|---|---|

| TO: | Lenawee County Prosecutor's Office | | CASE NO. | 17-12359 |
|---|---|---|---|---|
| | 425 N. Main St., 2nd Floor | | JUDGE | BERNARD A. FRIEDMAN |
| | Adrian, MI 49221 | | | SUBPOENA FOR ATTENDANCE AT TRIAL |
| | | | | SUBPOENA FOR ATTENDANCE AT A DEPOSITION |
| | | | X | DOCUMENT PRODUCTION REQUEST ONLY |
| | | | | PROPERTY INSPECTION REQUEST ONLY |

| COMMAND TO APPEAR | YOU ARE HEREBY COMMANDED to appear at the place, date and time specified below to in the above case, and, if so indicated, to bring certain documents with you. |
|---|---|

| Place: | Date: |
|---|---|
| | Time: |
| | | APPEARANCE WITH DOCUMENTS (SEE DESCRIPTION |
| | | APPEARANCE WITHOUT DOCUMENTS |

| COMMAND FOR DOCUMENTS | YOU ARE HEREBY COMMANDED to have the following documents, objects or things place listed below, or allow the inspection of the below-listed property at the date and time |
|---|---|

| Place:<br>Rosati Schultz Joppich & Amtsbuechler, PC<br>27555 Executive Drive, Ste. 250<br>Farmington Hills, MI 48331 | Date: | November 29, 2018 |
|---|---|---|
| | Time: | By 5:00 p.m. |

Description of documents/items to be produced or property to be inspected:
Any and all documents, correspondence, audio/video recordings, electronic evidence or other materials of any kind pertaining in any way to Wendell Shane Mackey, DOB 9/16/65, including but not limited to any arrests, prosecutions, Personal Protection Orders by or against this individual, correspondence with the Lenawee County Prosecutor's Office etc.

| This subpoena is issued by (name, address and number of attorney:)<br>Holly S. Battersby (P72023)<br>27555 Executive Drive, Ste. 250<br>Farmington Hills, MI 48331<br>(248) 489-4100 | Date of execution<br>November 15, 2018<br><br>On behalf of the<br>Plaintiff  [X] Defendant | Signature of issuing attorney/court officer |
|---|---|---|

INT-0129-MIE-4/92 REV. 4/94

PAGE ONE OF TWO