# EXHIBIT B

## Paula Rosenthal

| | |
|---|---|
| **From:** | Holly Battersby |
| **Sent:** | Wednesday, December 26, 2018 4:44 PM |
| **To:** | Paula Rosenthal |
| **Subject:** | FW: Mackey v Berryman, Motion to Quash Subpoena to Lenawee County Prosecutors Office |

**From:** Holly Battersby
**Sent:** Wednesday, December 12, 2018 4:38 PM
**To:** Issa G. Haddad <issa@haddlaw.com>; Laura Amtsbuechler <lamtsbuechler@rsjalaw.com>
**Cc:** 'Anthony Monticciolo' <amonticciolo@garanlucow.com>; jgillooly@garanlucow.com
**Subject:** RE: Mackey v Berryman, Motion to Quash Subpoena to Lenawee County Prosecutors Office

In the spirit of cooperation, I would be willing to stipulate that a Notice can be sent to the Lenawee County Prosecutor's Office that they do not have to comply with the subpoena until such time as the stay is lifted by the Court.


ROSATI | SCHULTZ
JOPPICH | AMTSBUECHLER

**Holly S. Battersby**
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331
P 248.489.4100 | F 248.489.1726
Email: hbattersby@rsjalaw.com
Website: www.rsjalaw.com

***OUR NAME HAS CHANGED!  We are now Rosati Schultz Joppich & Amtsbuechler, PC.  Please note the new email and website addresses.***

The information contained in this communication is intended for the use of the recipient named above and contains confidential and legally-privileged information. If the reader of this communication is not the intended recipient, do not read, copy, disseminate or distribute it. You are hereby notified that any dissemination, distribution, or copying of this communication, or any of its contents, is strictly prohibited. If you have received this communication in error, please re-send this communication to the sender and delete the original message and any copy of it from your computer system. If you need any additional information, please contact the sender at 248.489.4100. Thank you.

**From:** Issa G. Haddad <issa@haddlaw.com>
**Sent:** Wednesday, December 12, 2018 2:08 PM
**To:** Holly Battersby <hbattersby@rsjalaw.com>; Laura Amtsbuechler <lamtsbuechler@rsjalaw.com>
**Cc:** 'Anthony Monticciolo' <amonticciolo@garanlucow.com>; jgillooly@garanlucow.com
**Subject:** Mackey v Berryman, Motion to Quash Subpoena to Lenawee County Prosecutors Office

1

Dear Ms. Battersby,

Will you concur to quash the Subpeona you had sent to the Lenawee County Prosecutors Office.

Please advise.

Issa G. Haddad



Issa G. Haddad, Esq.
Attorney & Counselor
30600 Telegraph Rd, Suite 3150
Bingham Farms, Michigan 48025
Office: 248-633-8500 / Mobile: 248-410-2101

haddlaw.com

   

Legal Disclaimer: The information contained in this communication may be confidential, is intended only for the use of the recipient named above, and may be legally privileged. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication, or any of its contents, is strictly prohibited.

Virus-free. www.avast.com