# EXHIBIT C

BERRYMAN, JAMES MICHAEL
10/23/2018                                                                                    Page 1

```
 1                UNITED STATES DISTRICT COURT
 2                EASTERN DISTRICT OF MICHIGAN
 3                     SOUTHERN DIVISION
 4
 5   WENDELL SHANE MACKEY,
 6              Plaintiff,
 7       vs.                          Case No. 2:17-cv-12359
 8                                    Hon. Bernard A. Friedman
 9                                    Mag. David R. Grand
10   JAMES MICHAEL BERRYMAN, Mayor
11   of the City of Adrian,
12   Michigan; MARGARET M.S. NOE,
13   Judge of the Lenawee County
14   Circuit Court,
15              Defendants.
16   _____
17
18
19        The Videorecorded Deposition of
20        JAMES MICHAEL BERRYMAN,
21        Taken at 201 South Main Street, 5th Floor,
22        Ann Arbor, Michigan,
23        Commencing at 10:17 a.m.,
24        Tuesday, October 23, 2018,
25        Before Cheri L. Gleyre, CSR-6548.
```

```
 1        buildings, 29,000 in vehicles, that totals
 2        approximately 107,000?
 3   A.   If you say so.
 4   Q.   Okay.  And this document further shows that you claim
 5        90,000 in depreciation, correct?
 6             MR. GILLOOLY:  Objection, relevance.  What's
 7        this relevant to depreciation as called for in a civil
 8        rights lawsuit alleging he took out a PPO against your
 9        client in an exercise that shows his first amendment
10        and other rights?  Seriously.  We're not going to do
11        this all day, seriously.
12             MR. HADDAD:  It goes to his credibility.
13             MR. GILLOOLY:  His credibility?
14             MR. HADDAD:  Yes.
15   BY MR. HADDAD:
16   Q.   Now --
17             MR. GILLOOLY:  You can't impeach him on
18        something as credibility.
19             MR. HADDAD:  No.  Credibility is always
20        relevant.  No.
21             MR. GILLOOLY:  Yeah, but you can't impeach
22        him with regard to his credibility with a document
23        that's 40 years old and completely unrelated to this
24        incident.
25             MR. HADDAD:  I'll make that determination.
```

```
 1        You can file your motion later.
 2                MR. GILLOOLY:  Thank you, judge.
 3   BY MR. HADDAD:
 4   Q.   So moving on, you depreciate 84 percent of your assets
 5        in a single year, correct?
 6   A.   I have no idea.
 7   Q.   Okay.  This is your signature on this document,
 8        correct?
 9   A.   Correct.
10   Q.   And at the time you signed this as the president,
11        correct?
12   A.   Correct.
13   Q.   And this is verifying that all the information on this
14        document is true and accurate, correct?
15   A.   Correct.
16   Q.   Now, in one year it shows that you depreciated
17        $90,623, in a single year, correct?
18   A.   That's what it shows.
19   Q.   Okay.  It's approximately 84 percent of the assets,
20        correct?
21                MR. GILLOOLY:  Objection to the form of the
22        question.  You can't expect him to do the math in his
23        head right there after you've scripted it out and used
24        your calculator.  It's not a fair --
25                MR. HADDAD:  Okay.  I'll move on.
```