## INDEX OF EXHIBITS

| | |
|---|---|
| A | Subpoena with correspondence sent Certified Mail |
| B | Motion to Quash [Doc #23] |
| C | Objections |
| D | Order dated 11/29/18 |