UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

**WENDELL SHANE MACKEY**,

    Plaintiff,

v.

**JAMES MICHAEL BERRYMAN**,
Mayor of the City of Adrian, Michigan;
**MARGARET M.S. NOE**, Judge of the
Lenawee County Circuit Court,

    Defendants.

Case No. 2:17-cv-12359

JUDGE BERNARD A. FRIEDMAN

MAGISTRATE DAVID R. GRAND

---

HADDAD LAW FIRM, PLC
By: Issa G. Haddad (P71699)
Attorney for Plaintiff
30600 Telegraph Road, Suite 3150
Bingham Farms, Michigan 48025-4550
(248) 633-8500
issa@haddlaw.com

GARAN LUCOW MILLER, PC
By: John J. Gillooly (P41948)
    Anthony P. Monticciolo (P76013)
    Thomas D. Beindit (P81133)
Attorney for Defendant James Berryman
1155 Brewery Park Boulevard, Suite 200
Detroit, Michigan 48207
(313) 446-5501
jgillooly@garanlucow.com

JOHNSON, ROSATI, SCHULTZ & JOPPICH
By: Holly S. Battersby (P72023)
    Laura S. Amtsbuechler (P36972)
Attorney Defendant Margaret Noe
27555 Executive Drive, Suite 250
Farmington Hills, Michigan 48331
(248) 489-4100
hbattersby@rsjalaw.com

---

## **PLAINTIFF'S INDEX OF EXHIBITS**

| Exhibit | Description |
|---------|-------------|
| A | Affidavit of Wendell Mackey |
| B | S. 1887 as introduced by Sen. Grassley and referred to Committee June 19, 1996 |
| C | Select excerpts from Senate Judiciary Committee issued SEN. REP. NO. 104-366 (1996). |
| D | Newspaper articles from The Daily Telegram |
| E | Personal Protection Order issued by Defendant Noe on July 7, 2017 |
| F | Personal Protection Order issued by Judge Conlin on July 7, 2017 |
| G | Select excerpts from state court proceedings on Plaintiff's motion to set aside Defendant Noe's Personal Protection Order |
| H | Judge Conlin's ruling from the bench |
| I | Select excerpts from deposition of former City Attorney Sarah K. Osburn |

Haddad Law Firm, PLC.