UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Wendell Shane Mackey,

                      Plaintiff(s),

v.                                              Case No. 2:17–cv–12359–BAF–DRG
                                                       Hon. Bernard A. Friedman

James Berryman, et al.,

                      Defendant(s),

## NOTICE OF DETERMINATION OF MOTION
## WITHOUT ORAL ARGUMENT

    The following motion(s) have been filed:

        Motion for Summary Judgment – #41

    Pursuant to Eastern District of Michigan LR 7.1(f)(2), the motion(s) will be determined by District Judge Bernard A. Friedman *without* oral argument.

    Response and reply briefs shall be filed in accordance with Eastern District of Michigan LR 7.1(e).

    Courtesy copies are not required.

### Certificate of Service

    I hereby certify that this Notice was electronically filed, and the parties and/or counsel of record were served.

                                                By: <u>s/J. Curry–Williams</u>
                                                       Case Manager

Dated:   January 15, 2019