UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

Wendell Shane Mackey,

                Plaintiff(s),

v.                                      Case No. 2:17−cv−12359−BAF−DRG
                                            Hon. Bernard A. Friedman

James Berryman, et al.,

                Defendant(s),

### ORDER OF REFERENCE TO UNITED STATES MAGISTRATE JUDGE

**IT IS ORDERED** that the following motion(s) are referred to U.S. Magistrate Judge David R. Grand for a hearing and determination pursuant to 28 U.S.C. § 636(b)(1)(A):

    Motion to Quash − #60

                                          s/Bernard A. Friedman
                                          Bernard A. Friedman
                                          United States District Judge

### Certificate of Service

I hereby certify that on this date a copy of the foregoing notice was served upon the parties and/or counsel of record herein by electronic means or first class U.S. mail.

                                          s/J. Curry−Williams
                                          Case Manager

Dated:   January 22, 2019