# EXHIBIT U

MIED (Rev. 06/11) Bill of Costs

# UNITED STATES DISTRICT COURT
## for the
### Eastern District of Michigan

| | | |
|---|---|---|
| Wendell Shane Mackey | ) | Case No. 17-12359 |
| | ) | |
| v. | ) | Hon. Bernard A. Friedman |
| James Michael Berryman, Mayor of the City of Adrian, MI; | ) | Magistrate Judge David R. Grand |
| Margaret M.S. Noe, Judge of the Lenawee County Cir. Court | ) | |

## BILL OF COSTS

Judgment having been entered in the above entitled action on  01/15/2019  against  Plaintiff Wendell Shane Mackey ,
                                                              *Date*
the Clerk is requested to tax the following as costs:

| CATEGORY | ATTORNEY COMMENTS | AMOUNT |
|---|---|---|
| A. Fees of the Clerk | | |
| B. Fees for service of summons and subpoena | | |
| C. Fees for printed or electronically recorded transcripts necessarily obtained for use in the case | See attached billing invoices & appendix | $772.35 |
| D. Fees and disbursements for printing | | |
| E. Fees for witnesses *(itemize on page two)* | | |
| F. Fees for exemplification and the costs of making copies of any materials where the copies are necessarily obtained for use in the case | See attached billing of LC Clerk re Pl | $26.00 |
| G. Docket fees under 28 U.S.C. 1923 | | |
| H. Costs as shown on Mandate of Court of Appeals | | |
| I. Compensation of court-appointed experts | | |
| J. Compensation of interpreters and costs of special interpretation services under 28 U.S.C. 1828 | | |
| K. Other costs *(please itemize)* | | |
| | TOTAL | $798.35 |

***SPECIAL NOTE:*** **Attach to your bill an itemization and documentation for requested costs in all categories.**

### Declaration

I declare under penalty of perjury that the foregoing costs are correct and were necessarily incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this bill has been served on all parties in the following manner:

☑ Electronic service         ☐ First class mail, postage prepaid

☐ Other: _____

s/ Attorney:    Holly S. Battersby

Name of Attorney:    Holly S. Battersby

For:  Defendant Margaret M.S. Noe                                                        Date:  02/12/2019
      *Name of Claiming Party*

AO 133   (Rev. 06/11) Bill of Costs

# UNITED STATES DISTRICT COURT

| NAME, CITY AND STATE OF RESIDENCE | ATTENDANCE | | SUBSISTENCE | | MILEAGE | | Total Cost Each Witness |
|---|---|---|---|---|---|---|---|
| | Days | Total Cost | Days | Total Cost | Miles | Total Cost | |
| | | | | | | | |
| | | | | | | TOTAL | |

Witness Fees (computation, cf. 28 U.S.C. 1821 for statutory fees)

## NOTICE

**Section 1924, Title 28, U.S. Code (effective September 1, 1948) provides:**
"Sec. 1924. Verification of bill of costs."
"Before any bill of costs is taxed, the party claiming any item of cost or disbursement shall attach thereto an affidavit, made by himself or by his duly authorized attorney or agent having knowledge of the facts, that such item is correct and has been necessarily incurred in the case and that the services for which fees have been charged were actually and necessarily performed."

**See also Section 1920 of Title 28, which reads in part as follows:**
"A bill of costs shall be filed in the case and, upon allowance, included in the judgment or decree."

**The Federal Rules of Civil Procedure contain the following provisions:**
**RULE 54(d)(1)**

Costs Other than Attorneys' Fees.
Unless a federal statute, these rules, or a court order provides otherwise, costs — other than attorney's fees — should be allowed to the prevailing party. But costs against the United States, its officers, and its agencies may be imposed only to the extent allowed by law. The clerk may tax costs on 1 day's notice. On motion served within the next 5 days, the court may review the clerk's action

**RULE 6**

(d) Additional Time After Certain Kinds of Service.

When a party may or must act within a specified time after service and service is made under Rule5(b)(2)(C), (D), (E), or (F), 3 days are added after the period would otherwise expire under Rule 6(a).

**RULE 58(e)**

Cost or Fee Awards:

Ordinarily, the entry of judgment may not be delayed, nor the time for appeal extended, in order to tax costs or award fees. But if a timely motion for attorney's fees is made under Rule 54(d)(2), the court may act before a notice of appeal has been filed and become effective to order that the motion have the same effect under Federal Rule of Appellate Procedure 4(a)(4) as a timely motion under Rule 59.

### APPENDIX – Fees for Printed or Electronically Recorded Transcripts
### Necessarily Obtained for Use in the Case

| Transcript Description | Title and Dkt # of Citation to Transcript | Cost |
|---|---|---|
| Transcript of Plaintiff's PPO Hearing Before Judge Noe | Cited in Defendant's Motion for Summary Judgment – Ex. H to Dkt #41 | $36.90 |
| Transcript of Plaintiff's PPO Hearings Before Judge Conlin | Cited in Defendant's Motion for Summary Judgment – Exs. J&K to Dkt #41[1] | $316.25 |
| Transcript of Deposition of Defendant James Berryman | Cited in Defendant's Motion to Stay – Ex. K to Dkt #24 | $419.20 |
| **TOTAL:** | | **$772.35** |

---

[1] The cost of this transcript was shared between Defendant Noe and Defendant Berryman. Defendant Noe incurred $366.25 of the total $732.50 cost of the transcript preparation.

# INVOICE

U.S. Legal Support - Michigan
30800 Telegraph Road
Suite 2925
Bingham Farms MI 48025
Phone:(888) 644-8080   Fax:(248) 644-1120

| Invoice No. | Invoice Date | Job No. |
|---|---|---|
| 110206660 | 11/1/2018 | 741699 |

| Job Date | Case No. |
|---|---|
| 10/23/2018 | |

| Case Name |
|---|
| Mackey vs Berryman *Kenawee City* |

Holly Battersby
Rosati Schultz Joppich & Amtsbuechler, PC
27555 Executive Drive
Suite 250
Farmington Hills MI 48331-3550

| Payment Terms |
|---|
| Due upon receipt |

1 CERTIFIED COPY OF TRANSCRIPT OF:
James Michael Berryman
 Exhibit      178.00 Pages @ 2.20 391.60
 Shipping     28.00 Pages @ 0.45 12.60
               15.00 15.00

          TOTAL DUE >>> **$419.20**
      AFTER 12/16/2018 PAY $482.08

Online bill pay available at www.uslegalsupport.com

Etrans sent to hbattersby@jrsjlaw.com on 11-1-18

Thank you for choosing U.S. Legal Support!

Tax ID: 76-0523238

Invoice not paid by due date is subject to interest of 1.5% per month. We will make reasonable efforts to allocate payments properly. U.S. Legal Support may recover any fees and costs it incurs in collecting any unpaid amounts. Any rights regarding allocations, refunds or adjustments after 90 days from payment shall be waived by payer.

Phone: 248-489-4100 Fax:

**Rutkowski Court Reporting, LLC**
Natalia Rutkowski, CSR, RPR
2562 Huron Street
Marquette, Michigan 49855
Phone: (906) 250-1462
Fax: (906) 273-2114
rutkowskicourtreporting@gmail.com
www.rutkowskicourtreporting.com

### STATEMENT FOR TRANSCRIPT

October 15, 2018

Rosati, Schultz, Joppich & Amtsbuechler, PC
27555 Executive Drive
Suite 250
Farmington Hills, MI 48331

Invoice No. 1
Job No. 1226
Case Name: James Michael Berryman vs. Wendell Mackey
Lower Case No. 17-44270-PH
Court of Appeals Case No. 340879

Transcription of Audio-Recorded Hearings of 8-28-17, 9-19-17, and 10-10-17
Volume I (8-28-17) - 86 pages
Volume II (9-19-17) - 103 pages
Volume III (10-10-17) -100 pages

| | |
|---|---|
| Copy (10-day) ($2.50/page) | |
| Volume I: (86 pages x $2.50) | $ 215.00 |
| Volume II: (103 pages x $2.50) | $ 257.50 |
| Volume III: (100 pages x $2.50) | $ 250.00 |
| | |
| Delivery: Standard | $ 10.00 |
| (Delivery charge only applied if request is made for printed copy) | |
| **TOTAL:** | **$ 732.50** |

**PLEASE MAKE CHECK PAYABLE TO RUTKOWSKI COURT REPORTING, LLC**



60046

732.50

732.50

10/16/2018

ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.

Rutkowski Court Reporting, LLC

Checking - Chase Ge    PPO Hrgs Before Judge Conlin/Mackey v Lenaw

## Patricia J. Szymanski
Certified Court Recorder
39th Judicial Circuit Court
425 North Main Street
Adrian, MI 49221

Phone: 517-264-4746
Fax: 517-264-4575

Lenawee County
Michigan

## STATEMENT

via email: prosenthal@rsjalaw.com
TO:  Ms. Paula Rosenthal
Rosati, Schultz, Joppich, Amtsbuechler
27555 Executive Drive, Suite 250
Farmington Hills, MI 48331

DATE:  October 12, 2018

RE:  James M. Berryman v Wendell S. Mackey
File No. 17-44270 PH

---

Transcript Preparation:

| | |
|---|---|
| 07-26-17; Respondent's Motion to Set Aside Ex-Parte PPO; Original for Court and 1 Copy; 18 Pgs. @ $2.05/Pg. | $ 36.90 |

*Please make check payable to Patricia J. Szymanski*

60045

10/16/2018

36.90

36.90

ROSATI, SCHULTZ, JOPPICH & AMTSBUECHLER, P.C.
Patricia J. Szymanski



Checking - Chase Ge    Trans of hring before Judge Noe/Mackey v Lena

Lenawee County

Page 39

|  |  |  | Hours | Amount |
|---|---|---|---|---|
| 1/31/2019 | HSB | Correspondence to/from opposing counsel regarding Sprint records and deposition of Judge Noe | 0.20<br>$150.00 | $30.00 |
|  |  | For professional services rendered | 227.50 | $34,125.00 |

Additional Charges :

|  |  | Qty/Price |  |
|---|---|---|---|
| 11/7/2017 | Pacer - Review/Retrieval of Court Scheduling Order | 1<br>1.00 | 1.00 |
| 11/16/2017 | Photocopies - Defendant Noe's Initial Disclosures | 246<br>0.20 | 49.20 |
| 10/16/2018 | Court Transcript Fee (Proceedings in front of Judge Noe) - Patricia Szymanski, court reporter | 1<br>36.90 | 36.90 |
|  | Court Transcript Fee (Hearings in front of Judge Conlin regarding Personal Protection Order) - Rutkowski Courting Reporting, LLC | 1<br>732.50 | 732.50 |
| 10/22/2018 | Photocopies - Bates stamped documents for discovery responses | 327<br>0.20 | 65.40 |
| 10/23/2018 | Michigan Court of Appeals - Copy of pleadings | 1<br>49.00 | 49.00 |
| 10/24/2018 | State of Michigan - criminal history check | 1<br>10.00 | 10.00 |
| 10/26/2018 | Lenawee County Clerk - Copy of Dockets in cases involving Plaintiff | 1<br>26.00 | 26.00 |
| 11/1/2018 | Deposition transcript of James Michael Berryman taken on 10/23/18 | 1<br>419.20 | 419.20 |

Lenawee County

Page 40

| Date | Description | Qty/Price | Amount |
|---|---|---|---|
| 11/7/2018 | Deposition transcript of Sarah Osburn taken on 10/24/18 | 1<br>225.80 | 225.80 |
| 11/20/2018 | Photocopies - Our Motion to Quash Subpoena | 398<br>0.20 | 79.60 |
|  | Photocopies - Our Motion to Stay | 336<br>0.20 | 67.20 |
| 11/28/2018 | Photocopies - Plaintiff's Response to Motion to Stay | 77<br>0.20 | 15.40 |
|  | Photocopies - Plaintiff's Response to Motion to Quash | 248<br>0.20 | 49.60 |
|  | Photocopies - Co-Defendant's Motion to Quash | 21<br>0.20 | 4.20 |
| 12/13/2018 | Photocopies - Our Motion for Summary Judgment | 274<br>0.20 | 54.80 |
|  | Photocopies - Our Reply regarding Motion to Quash | 15<br>0.20 | 3.00 |
|  | Photocopies - Plaintiff's Motion to Lift Stay | 291<br>0.20 | 58.20 |
|  | Photocopies - Plaintiff's Motion to Compel Discovery Directed to Lenawee County | 31<br>0.20 | 6.20 |
|  | Photocopies - Plaintiff's Motion to Compel Directed to Defendant Berryman | 81<br>0.20 | 16.20 |
|  | Photocopies - Plaintiff's Response to Co-Defendants' Motion to Quash | 59<br>0.20 | 11.80 |
|  | Photocopies - Plaintiff's Motion to Quash Subpoena | 30<br>0.20 | 6.00 |

Lenawee County

Page 41

| | | Qty/Price | Amount |
|---|---|---|---|
| 12/13/2018 | Photocopies - Our Corrected Motion for Summary Judgment | 306<br>0.20 | 61.20 |
| 12/26/2018 | Photocopies - Response to Plaintiff's Motion to Quash | 27<br>0.20 | 5.40 |
| | Photocopies - Co-Defendant's Response to Plaintiff's Motion to Compel | 37<br>0.20 | 7.40 |
| | Photocopies - Our Response to Plaintiff's Motion to Compel | 10<br>0.20 | 2.00 |
| 1/3/2019 | Photocopies - Plaintiff's Reply regarding Motion to Compel | 14<br>0.20 | 2.80 |
| | Photocopies - Plaintiff's Reply regarding Motion to Quash | 14<br>0.20 | 2.80 |
| 1/7/2019 | Pacer - Review/Retrieval of Court documents/docket on 10/23/18 | 1<br>2.20 | 2.20 |
| 1/11/2019 | Photocopies - Plaintiff's Response to our Motion for Summary Judgment | 152<br>0.20 | 30.40 |
| | Total costs | | $2,101.40 |