UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

WENDELL SHANE MACKEY,

    Plaintiff,

v.

JAMES MICHAEL BERRYMAN,
Mayor of the City of Adrian, Michigan;

    Defendant.

Case No: 17-12359
Judge Bernard A. Friedman
Magistrate David R. Grand

| Issa G. Haddad (P71699) | John J. Gillooly (P41948) |
| --- | --- |
| HADDAD LAW FIRM, PLC | Anthony P. Monticciolo (P76013) |
| Counsel for Plaintiff | GARAN LUCOW MILLER, P.C. |
| 30600 Telegraph Road, Suite 3150 | Attorneys for James M. Berryman |
| Bingham Farms, MI  48025 | 1155 Brewery Park Blvd., Ste 200 |
| 248.633.8500 | Detroit, MI   48207 |
| issa@haddlaw.com | 313.446.5501 |
|  | jgillooly@garanlucow.com |
|  | amonticciolo@garanlucow.com |

## STIPULATED ORDER FOR DISMISSAL WITH PREJUDICE

**IT IS HEREBY ORDERED** that the above entitled cause be and the same hereby is dismissed in its entirety with prejudice and without costs to any party.

This Order resolves the last pending claim and closes the captioned case.

**SO ORDERED.**

Dated:  June 28, 2019
        Detroit, Michigan

s/Bernard A. Friedman
Bernard A. Friedman
Senior U. S. District Judge

I stipulate to entry of the above order:

| | |
|---|---|
| /s/Issa G. Haddad | /s/John J. Gillooly |
| Issa G. Haddad | John J. Gillooly |
| HADDAD LAW FIRM, PLC | GARAN LUCOW MILLER, P.C. |
| 30600 Telegraph Road, Suite 3150 | 1155 Brewery Park Blvd., Ste 200 |
| Bingham Farms, MI  48025 | Detroit, MI  48207 |
| 248.633.8500 | 313.446.5501 |
| issa@haddlaw.com | jgillooly@garanlucow.com |
| P71699 | P41948 |

DETROIT-#1450978.docx